

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00138-CV

Joe C. **MEDELLIN**, Jr.,
Appellant

v.

Rebecca **MEDELLIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-07696
Honorable Victor H. Negrón, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order dismissing the petition filed on November 20, 2012 is REVERSED, and the cause is REMANDED for further proceedings on that petition. It is ORDERED that appellant, Joe C. Medellin, Jr., recover his costs of this appeal from appellee, Rebecca Medellin.

SIGNED November 6, 2013.

_____
Catherine Stone, Chief Justice